# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSE ANTONIO PEROZA-BENITEZ** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 17-3980 |
| v. | : | |
| **C.I. DARREN C. SMITH,** *et al.*, | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 2nd day of August 2019, upon consideration of Plaintiff's *motion to exclude expert testimony or alternatively to compel expert deposition at expense of defendants*, [ECF 53], Defendants' response in opposition thereto, [ECF 54], and Plaintiff's reply, [ECF 56], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion is **GRANTED**. Accordingly, Defendants are precluded from offering Joseph Blaettler as an expert.

                    **BY THE COURT:**

                    /s/ *Nitza I. Quiñones Alejandro*
                    **NITZA I. QUIÑONES ALEJANDRO**
                    *Judge, United States District Court*